UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NORMA SERRANO,  JUDGMENT
 08-CV-4136 (CBA)
                    Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  Defendant.
----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 5 2009 ★
BROOKLYN OFFICE

     An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 24, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including a new hearing and a new decision; it is

     ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including a new hearing and a new decision.

Dated: Brooklyn, New York
         June 24, 2009

                                                       s/Robert C. Heinemann
                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court